**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Dr. Michael (Mikhail) Tyurin v. Hirsh & Westheimer, P.C., Michael D. Conner, and Jessica Levy

Appellate case number:   01-17-00014-CV

Trial court case number:  2016-45823A

Trial court:                     234th District Court of Harris County

Date motion filed:          November 2, 2017

Party filing motion:        Appellant


The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is denied.


Judge's signature: /s/ Terry Jennings
                              Acting for the Court the En Banc Court*

Date: November 16, 2017

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.